IN RE ADMINISTRATIVE LICENSE SUSPENSION CASES.

[Cite as *In re Administrative License Suspension Cases* (1996), 76 Ohio St.3d 597.]

(Submitted September 10, 1996—Decided October 9, 1996.)

The following dispositions of currently pending appeals are hereby entered based on our decision in *State v. Gustafson* (1996), 76 Ohio St.3d 425, 668 N.E.2d 435, or, where indicated, based on our decision in *State v. Williams* (1996), 76 Ohio St.3d 290, 667 N.E.2d 932.

I

The judgments of the courts of appeals in the following cases are affirmed:

95–1220. *State v. Roberts.* Ross County, No. 94CA2020, 1995 WL 271729 (per *Williams, supra* ).

95–1641. *State v. Melody.* Wyandot County, No. 16–95–3.

95–1802. *State v. Schaffner.* Auglaize County, No. 2–95–23.

95–1806 and 95–1807. *State v. Viera.* Auglaize County, No. 2–95–25.

95–1908. *State v. Waits.* Butler County, No. CA95–02–027, 1995 WL 493285.

95–1909. *State v. Sims.* Butler County, Nos. CA94–12–215, CA94–12–217, CA95–02–025, CA95–02–033 and CA95–04–064, 1995 WL 493291.

95–2040. *State v. Rischar.* Warren County, No. CA94–08–072, 1995 WL 493282. The judgment of the court of appeals is affirmed as to the sole proposition of law previously allowed.

95–2304. *State v. Malone.* Marion County, No. 9–95–17, 1995 WL 557535.

95–2430 and 95–2501. *State v. Johnston.* Franklin County, No. 95APC06–695.

95–2468. *State v. Weber.* Franklin County, Nos. 95APC05–534, 95APC05–545, 95APC05–545 and 95APC06–717.

95–2506. *State v. Francis.* Warren County, Nos. CA95–04–039, CA95–04–040 and CA95–05–050.

95–2573. *State v. Hollen.* Franklin County, No. 95APC06–699.

95–2649. *Columbus v. Fabrizio.* Franklin County, No. 95APC06–705.

95–2657. *Bucyrus v. Fritz.* Crawford County, No. 3–95–20. The judgment of the court of appeals is affirmed as to the sole proposition of law previously allowed.

95–2677. *Columbus v. Grove.* Franklin County, No. 95APC06–679, 1995 WL 681221 (per *Gustafson* and *Bolivar v. Dick* [1996], 76 Ohio St.3d 216, 667 N.E.2d 18).

96–30. *State v. Eves.* Warren County, No. CA95–02–010, 1995 WL 645525.

96–66. *Columbus v. Brown.* Franklin County, No. 95APC08–993.

96–67. *State v. Gordon.* Franklin County, No. 95APC08–1098.

96–69. *Columbus v. Lambros.* Franklin County, No. 95APC06–704.

96–99. *State v. Howell.* Warren County, No. CA95–06–057, 1995 WL 669915.

96–116. *State v. Reyna.* Franklin County, No. 95APC06–706.

96–147. *Dublin v. Callahan.* Franklin County, No. 95APC08–963.

96–172. *Columbus v. Squeo.* Franklin County, No. 95APC08–990.

96–175 and 96–216. *Columbus v. Perry.* Franklin County, No. 95APC08–991.

96–190. *Middletown v. Combs.* Butler County, No. CA95–08–136, 1995 WL 764054.

96–191. *Middletown v. Smallwood.* Butler County, No. CA95–08–127, 1996 WL 12837.

96–200. *State v. Strode.* Franklin County, No. 95APC07–852.

96–207. *State v. Nowling.* Franklin County, No. 95APC07–867.

96–448. *State v. Edmunds.* Summit County, No. 17249, 1996 WL 15851.

96–471. *State v. Toriello.* Summit County, Nos. 17415 and 17507, 1996 WL 37729.

96–645. *State v. Mangini.* Medina County, No. 2499–M, 1996 WL 73399 (per *Gustafson* and *Williams* ).

96–709. *State v. Phelps.* Union County, No. 14–95–27. The judgment of the court of appeals is affirmed as to Propositions of Law Nos. 1, 2, 3 and 4, which were previously allowed. Proposition of Law No. 5 is deemed improvidently allowed.

96–758. *State v. Barr.* Summit County, No. 17342, 1996 WL 99774.

96–799. *State v. Brandon.* Hocking County, No. 95–CA–14.

96–866. *State v. Thompson.* Hardin County, No. 6–95–20.

96–996. *State v. Dennis.* Medina County, No. 2512–M, 1996 WL 137437.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and STRATTON, JJ., concur.

COOK, J., concurs in judgment only.

## II

The judgments of the courts of appeals in the following cases are affirmed and the causes are remanded to the trial courts for final disposition in conformance with *State v. Gustafson, supra:*

95–2210. *State v. Sanders.* Miami County, Nos. 95–CA–11 and 95–CA–12, 1995 WL 634371.

95–2391. *State v. Geren.* Auglaize County, No. 2–95–22, 1995 WL 641271.

96–219. *Twinsburg v. Buckley.* Summit County, No. 17226, 1995 WL 734033.

96–270. *State v. Freed.* Hancock County, No. 5–95–38.

96–271. *Findlay v. Koziel.* Hancock County, No. 5–95–35.

96–614. *State v. Martin.* Hardin County, No. 6–95–11.

96–631. *Akron v. Langley.* Summit County, No. 17479, 1996 WL 37758.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and STRATTON, JJ., concur.

COOK, J., concurs in part and dissents in part because she would not remand to the trial court.

## III

The judgment of the court of appeals in the following case is reversed and the cause is remanded to the court of appeals for final disposition in conformance with *State v. Gustafson, supra,* and *State v. Hochhausler* (1996), 76 Ohio St.3d 455, 668 N.E.2d 457:

95–1906. *State v. Knisely.* Huron County, No. H–94–044, 1995 WL 490937.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and STRATTON, JJ., concur.

COOK, J., concurs in judgment only.

## IV

In the following cases the discretionary appeals are allowed, the judgments are reversed, and the causes are remanded to the court of appeals for disposition in conformance with *State v. Gustafson, supra:*

96–512. *State v. Conroy.* Geauga County, No. 95–G–1925, 1996 WL 200581.

96–513. *State v. Hlavin.* Geauga County, No. 95–G–1912, 1996 WL 200584.

96–539. *State v. Gronowski.* Geauga County, No. 95–G–1926, 1996 WL 204098.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and STRATTON, JJ., concur.

COOK, J., concurs in judgment only.

## V

In the following case the court finds that a conflict exists on the certified question and affirms the judgment of the court of appeals:

96–933. *State v. Baker.* Warren County, No. CA95–05–047, 1996 WL 56044.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and STRATTON, JJ., concur.

COOK, J., concurs in judgment only.

## VI

The following cases are dismissed, *sua sponte*, as having no substantial constitutional question, and the discretionary appeals, if applicable, are not allowed:

95–1957. *State v. Knisely.* Huron County, No. H–94–044, 1995 WL 490937.

96–517. *State v. Sink.* Preble County, No. CA95–10–023, 1996 WL 31153.

96–582. *State v. Lisk.* Ross County, No. 95CA2136, 1996 WL 79665.

96–583. *State v. Francis.* Ross County, No. 95CA2133, 1996 WL 49223.

96–586. *State v. Beba.* Medina County, No. 2497–M, 1996 WL 48532.

96–606. *Akron v. Long.* Summit County, No. 17517, 1996 WL 37761.

96–607. *Akron v. Hatcher.* Summit County, No. 17516, 1996 WL 37756.

96–608. *Fairlawn v. Costas.* Summit County, No. 17518, 1996 WL 37753.

96–626. *State v. Whittis.* Montgomery County, No. 15270, 1996 WL 50143 (per *State v. Williams, supra* ).

96–633. *State v. Spangler.* Madison County, No. CA95–10–035, 1996 WL 78374.

96–725. *Akron v. Thomas.* Summit County, No. 17451, 1996 WL 84622.

96–840. *State v. Kane.* Medina County, No. 2494–M, 1996 WL 84629.

96–891. *State v. Burke.* Wayne County, No. 95CA0082, 1996 WL 99767.

96–906. *State v. Walter.* Summit County, No. 17546, 1996 WL 107005.

96–1025. *State v. Travis.* Medina County, No. 2509–M, 1996 WL 137428.

96–1027. *State v. George.* Medina County, No. 2513–M, 1996 WL 122007.

96–1096. *Akron v. Smith.* Summit County, No. 17568, 1996 WL 137426.

96–1104. *State v. Cole.* Summit County, No. 17580, 1996 WL 137438.

96–1146. *State v. Young.* Ross County, No. 95CA2132, 1996 WL 170257.

96–1259. *State v. Parsons.* Clermont County, No. CA95–12–090, 1996 WL 189033.

96–1289. *State v. Jackson.* Madison County, No. CA95–12–039, 1996 WL 189019.

96–1442. *State v. Campean.* Medina County, No. 2522–M, 1996 WL 325313.

96–1497. *State v. Mitton.* Medina County, No. 2530–M, 1996 WL 304239.

96–1529. *State v. Darst.* Athens County, No. 95 CA 1671, 1996 WL 277620 (per *Gustafson* and *Williams*).

96–1569. *State v. Beasley.* Preble County, No. CA96–02–001, 1996 WL 307126.

96–1590. *State v. Skinner.* Athens County, No. 96 CA 1715, 1996 WL 292045 (per *Gustafson* and *Williams*).

96–1616. *Akron v. Muncy.* Summit County, No. 17666, 1996 WL 304256.

96–1672. *State v. Fisher.* Medina County, No. 2502–M, 1996 WL 337032.

96–1678. *State v. Radcliffe.* Ross County, No. 95CA2150, 1996 WL 344097.

96–1701. *Tallmadge v. Rohm.* Summit County, No. 17581, 1996 WL 304202.

96–1734. *State v. Hooper.* Union County, No. 14–96–12.

96–1749. *State v. Mingle.* Medina County, No. 2487–M, 1996 WL 351161.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.